UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| UNITED STATES | CRIMINAL ACTION NO. 15-CR-00231 |
|---|---|
| VERSUS | JUDGE JAMES |
| LANCE ROBERT LEMAIRE | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Lance Robert LeMaire, is ACCEPTED and he is finally adjudged guilty of the offense charged in Count One of the Superceding Indictment, consistent with the report and recommendation.

Monroe, Louisiana, this 7th day of April, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE